UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER ALEXANDER VARGA,<br><br>　　　　　　Plaintiff,<br>v.<br>FINDLAY AUTOMOTIVE GROUP, *et al.*,<br>　　　　　　Defendants. | Case No. 2:18-cv-00548-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Emergency Motion to Extend Service of Summons and Complaint Deadline (ECF No. 3), filed on June 25, 2018.

This matter arises from allegations of contract rescission, fraudulent concealment, breach of the implied covenant of good faith and fair dealing, financial exploitation of an older person, deceptive trade practices, vicarious liability, violation of Truth in Lending Act, violation of the Fair Credit Reporting Act, and violation of Used Motor Vehicle Trade Regulation Rule. *See Complaint* (ECF No. 1). Plaintiff represents that there is a state court action against the Findlay Defendants that is the same or similar causes of action as this matter. He further represents that there is a pending motion to amend his complaint in the state court action and that he filed this complaint in this district in order to maintain his claims in the event that the pending motion to amend was denied or only partially granted. He states that the Findlay Defendants are aware of this action. Plaintiff requests a sixty (60) day extension of time to effectuate service or, in the alternative, to stay this matter pending a ruling on the motion to amend in the state court action.

Pursuant to LR IA 6-1, extensions of time may be granted for good cause shown. Further, Rule 4(m) of the Federal Rules of Civil Procedure – which governs the time limit of service – allows the court to grant an extension of time for service if the plaintiff can show good cause for the failure to timely serve a defendant. It is not clear to the Court that this complaint is properly

1

filed in this district. The Court, however, finds that Plaintiff has provided sufficient good cause to warrant the requested sixty (60) day extension. Plaintiff failed to set forth sufficient points and authorities in his request for a stay and the Court, therefore, denies his request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion to Extend Service of Summons and Complaint Deadline (ECF No. 3) is **granted**. Plaintiff shall have until **August 24, 2018** to effectuate service.

Dated this 11th day of July, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE